[No. 26821-3-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY JAY BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01082-8, Thomas P. Larkin, J., entered November 28, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.

[No. 26992-9-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ESTHER MARIE SPARE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00606-8, Richard L. Brosey, J., entered February 5, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27040-4-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EDLGAR ARIEL SERRANO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-8-00359-5, Tracy L. Mitchell, J. Pro Tem., entered February 7, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27065-0-II.   Division Two.   August 9, 2002.]

*In the Matter of the Marriage of* KELLIE SLATER-SZIROM, *Appellant*, and STEVE SZIROM, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-3-00658-7, Paula Casey, J., entered February 9, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.